UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN MEARS,

       Plaintiff,

vs.                                  CASE NO.: 6:19-cv-01274-PGB-LRH

J & L ELECTRIC GROUP, LLC, a
Florida Limited Liability Company, and
JAMES LAVENDER, Individually,

       Defendants.      /

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, BRIAN MEARS, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 27th day of September, 2019.

                                    Respectfully submitted,

                                    /s/ MATTHEW GUNTER
                                    Matthew Gunter, Esq.
                                    FBN 0077459
                                    Morgan & Morgan, P.A.
                                    P.O. Box 530244
                                    Atlanta, GA 30353-0244
                                    Telephone:   (407) 420-1414
                                    Facsimile: (407) 867-4791
                                    Email: MGunter@forthepeople.com
                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2019, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.