**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRIAN MEARS,

    Plaintiff,

v.                                      Case No:  6:19-cv-1274-Orl-40LRH

J & L ELECTRICAL GROUP, LLC and
JAMES LAVENDER,

    Defendants.
_____/

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 12). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on September 30, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties