UNITED STATS DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN MEARS,

    Plaintiff,

                                        CASE NO.:  6:19-CV-01274-PGB-LRH

vs.

J & L ELECTRIC GROUP, LLC, a
Florida Limited Liability Company, and
JAMES LAVENDER, Individually,

    Defendants.                    /

## NOTICE OF NON-OBJECTION

    COMES NOW, the Plaintiff, BRIAN MEARS, by and through the undersigned counsel, and files this Notice of Non-Objection to this Court's December 18, 2019 Report and Recommendation (Doc. 15). The Plaintiff hereby notifies the Court that he has no objection to this Court's Report and Recommendation regarding the Parties' Joint Motion for Approval of Settlement filed on October 21, 2019 (Doc. 14). The Plaintiff is agreeable to the Court's Report and Recommendation.

    Dated this 23rd day of December, 2019.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FLBN: 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL  32801
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to *all counsel of record.*

s/ MATTHEW GUNTER
Matthew Gunter, Esq.
